IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ARISH RUSTAMI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 25-3160-JWL |
| ) | |
| KRISTI NOEM, Secretary, ) | |
|    Department of Homeland Security; ) | |
| TODD M. LYONS, Acting Director, ) | |
|    U.S. Immigration and Customs Enforcement; ) | |
| SAM OLSON, Field Office Director, ) | |
|    U.S. Immigration and Customs Enforcement; ) | |
| PAMELA BONDI, Attorney General, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| _____) | |

## ORDER TO SHOW CAUSE

Petitioner, through counsel, has filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials after he was granted withholding of removal. The Court finds that a responsive pleading is required.

IT IS THEREFORE ORDERED BY THE COURT THAT respondents are required to show cause on or before **September 12, 2025**, why the writ should not be granted; and that petitioner is granted until **October 13, 2025**, to file a traverse thereto, admitting or denying under oath all factual allegations contained in the response. Copies of this Order shall be transmitted to the parties and the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 13th day of August, 2025, in Kansas City, Kansas.

                                                           <u>/s/  John W. Lungstrum</u>
                                                           Hon. John W. Lungstrum
                                                           United States District Judge